734 A.2d 1274

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**David BRUDER, a/k/a David Edward Bruder, Appellant.**

Supreme Court of Pennsylvania.

Submitted March 17, 1999.

Decided Aug. 18, 1999.

Robert A. Crisanti, Pittsburgh, for David Bruder.

Claire C. Capristo, Deputy Dist. Atty., James R. Gilmore, Asst. Dist. Atty., for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of August, 1999, the order of the Superior Court is reversed, and the case is remanded to the PCRA court for an evidentiary hearing to determine whether there was an unjustified failure to file a direct appeal. *See Commonwealth v. Lantzy,* —— Pa. ——, 736 A.2d 564 (1999).